UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MATTHEW ROBSON, on behalf of himself
and all others similarly situated,

        Plaintiff,

-v-

M.L. ZAGER, P.C.,

        Defendant.
--------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 31 2018 ★

BROOKLYN OFFICE

2:18 -CV-00905 (LDH)(ARL)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

T IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendant, that Plaintiff's claims against Defendant in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and Defendant shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

Dated: New York, New York
July 30, 2018

MITCHELL L. PASHKIN, ESQ.

By: _____
Mitchell L. Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709
*Attorneys for Plaintiff*

RIVKIN RADLER LLP

By: _____
Jonathan B. Bruno
477 Madison Avenue, 20th Floor
New York, New York 10022
(212) 455-9555
*Attorneys for Defendant*

SO ORDERED:

/s/ LDH
_____
Hon. LaShann DeArcy Hall, U.S.D.J.

July 30, 2018